Eastern District of Kentucky
**FILED**

DEC 20 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**           **PLAINTIFF**

V.          INDICTMENT NO. 6:24-CR-085-REW
         21 U.S.C. § 841(a)(1)

**COREY EMANUEL SKILES**          **DEFENDANT**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 28, 2024, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**COREY EMANUEL SKILES**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, both Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

### FORFEITURE ALLEGATION
### 21 U.S.C. § 853

1. By virtue of the commission of the felony offense alleged in the Indictment, **COREY EMANUEL SKILES** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly

as a result of the commission of this violation. Any and all interest that **COREY EMANUEL SKILES,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

    **CURRENCY:**
    $1,483.00 in United States currency seized on September 28, 2024.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

███████████████

**FOREPERSON**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**Methamphetamine:**
Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**Fentanyl:**
Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Forfeiture of listed assets.